Alan Harris (SBN 146079)
Priya Mohan (SBN 228984)
HARRIS & RUBLE
655 N. Central Ave., 17th Floor
Glendale, California 91203
Tel: 323.962.3777
Fax: 323.962.3004
aharris@harrisandruble.com
pmohan@harrisandruble.com

Attorneys for Plaintiff
LARRY ROACH

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY ROACH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC., a Delaware Corporation and DOE ONE through and including DOE ONE-HUNDRED,<br><br>Defendants. | Case No. 5:18-cv-02536-AB-KK<br>*Assigned to Hon. André Birotte Jr.*<br><br>**NOTICE OF SETTLEMENT**<br><br>**[Civil Local Rule 16-15.7]** |

PURSUANT TO CIVIL LOCAL RULE 16-15.7, Plaintiff Larry Roach and Defendant Walmart Inc. (together the "Parties) submit notice that they have reached an agreement as to material terms for a settlement. The Parties are in the process of documenting the settlement and anticipate needing an additional seven (7) days to finalize the settlement.

Dated: December 14, 2021        HARRIS & RUBLE

                                By: *Alan Harris*
                                    Alan Harris
                                    Priya Mohan
                                    Attorneys for Plaintiff

Dated: December 14, 2021        OGLETREE, DEAKINS, NASH,
                                SMOAK & STEWART, P.C.


                                By:   */s/ Paloma P. Peracchio*
                                    Paloma P. Peracchio
                                    Mitchell Wrosch
                                    Attorneys for Defendant
                                    WALMART INC. (formerly known
                                    as Wal-Mart Stores, Inc.)

Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), I hereby attest that Paloma Peracchio, on whose behalf this filing is jointly submitted, has concurred in this filing's content and has authorized me to file this document.

Dated: December 14, 2021                    HARRIS & RUBLE

By: *Alan Harris*
Alan Harris
Priya Mohan
Attorneys for Plaintiff